IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00746-LTB

ANNIE RUTH SMITH,

    Plaintiff,

v.

SOCIAL SECURITY,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25th day of April, 2014.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/K Lyons
                                Deputy Clerk